# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00423-CV

### In re Javier Omar Elizondo, Sr.

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Javier Omar Elizondo, Sr., filed a petition for writ of mandamus asking this Court to compel the trial court to vacate its order denying the relief he requested pertaining to a child-support-enforcement action. *See* Tex. R. App. P. 52.1. Elizondo also filed a motion for emergency relief asking this Court to stay the proceedings in the trial court, and this Court granted the emergency relief. *See id.* R. 52.10(a)-(b). Elizondo has now filed an agreed motion to dismiss signed by all of the parties in the underlying dispute asserting that the parties have reached an agreement disposing of all matters pending before the trial court. Accordingly, we grant the motion, dismiss the mandamus proceeding, and lift the stay in the underlying case. *See id.* R. 42.1, 52.10(b).

_____

Thomas J. Baker, Justice

Before Chief Justice Byrne, Justices Baker and Kelly

Filed: February 25, 2021